

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**
(*via Zoom*)

| | | | |
|---|---|---|---|
| Date: | 6/8/2021 | Type of Hearing: | Motion Hearing / Status Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim A. Tavalero | Law Clerk: | Will McDavid |
| Courtroom: | A | | |

**Case Number:  5:20-cv-453 (MTT)**

| | | | |
|---|---|---|---|
| Ashley Diamond | | Counsel: | A. Chinyere Ezie<br>Beth Littrell<br>Maya Gyan Rajaratnam<br>Scott McCoy |
| v. | | | |
| Timothy Ward, et al. | | Counsel: | Robert Shapiro<br>Roger Chalmers |
| Arneika Smith | | Counsel: | Annarita McGovern |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:  17 minutes**

| | |
|---|---|
| 3:01 pm | Called to order.  Preliminary remarks by the Court.<br>Response by Ms. Littrell confirming the motion hearing is no longer needed as the parties have reached a resolution.<br>Discussion regarding the parties' deadlines set at the previous motion hearing.<br>The Court addressed Mr. Chalmers regarding plaintiff's PREA designation.  Mr. Chalmers confirmed the plaintiff's PREA and STI |

Ashley Diamond v. Timothy Ward, et al
5:20-cv-453 (MTT)
Page 2

|   |   |
|---|---|
|   | designations have been changed. |
|   | Discussion regarding hearing exhibits and deposition exhibits. |
|   | Ms. Littrell addressed the Court regarding the briefing schedule.  The Court requested that an email outlining the schedule be sent to Chambers. |
| 3:18 pm | Adjourned. |