# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

Ashley DIAMOND,

    Plaintiff,

v.

Arneika SMITH,

    Defendant.

Civil Action File No.
5:21-cv-378-MTT

## ORDER ALLOWING DEFENDANT TO TAKE THE DEPOSITION OF PLAINTIFF WHO IS IMPRISONED WITH THE GDC

This matter comes before the Court on Defendant Arneika Smith's MOTION FOR LEAVE TO DEPOSE PLAINTIFF who is believed to be an inmate imprisoned with the Georgia Department of Corrections. Having duly considered Defendant's Motion and for good cause shown IT IS HEREBY ORDERED THAT DEFENDANT'S MOTION BE GRANTED.

Defendant is authorized to take the deposition of Plaintiff forthwith at Plaintiff's location of incarceration within the custody of the Georgia Department Corrections during the time for discovery and upon proper Notice being given to all counsel of record of the date, time, and location of the same. The deposition shall be held on or before March 25, 2022, which is the date of the close of discovery.

A copy of this Order and a copy of the Notice of Deposition shall also be sent to the Georgia Department of Corrections and the Georgia State Attorney General.

SO ORDERED this __18__ day of January, 2022.

_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT